## GAIL DECORSO *v.* JAMAL CALDERARO ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 118 Conn. App. 617 (AC 30353), is denied.

McLACHLAN, J., did not participate in the consideration of or decision on this petition.

*Gail DeCorso*, pro se, in support of the petition.

*Laura Pascale Zaino* and *Alfred J. Zullo*, in opposition.

Decided March 30, 2010